**The Law Offices of Avrum J. Rosen, PLLC**
*Proposed Counsel to Rafi Manor*
38 New Street
Huntington, New York 11743
(631) 423-8527
Avrum J. Rosen, Esq.
Nico G. Pizzo, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                              Chapter 11

      RAFI MANOR                                              Case No.: 21-40976-jmm
      a/k/a Rafael Manor

                           Debtor.
-------------------------------------------------------------X

## DEBTOR'S AFFIDAVIT PURSUANT TO LOCAL RULE 1007

STATE OF NEW YORK    )
                                  )ss.:
COUNTY OF KINGS     )

      Rafi Manor, being duly sworn, deposes and says as follows:

      1.      I am the individual debtor, Rafi Manor, (the "Debtor") in the above captioned Chapter 11 case. As such I am fully familiar with the facts and circumstances contained herein. I submit this Affidavit pursuant to Local Rule 1007-4 for the Local Rules of the Bankruptcy Court for the Eastern District of New York.

      2.      The Debtor is an individual residing in the County of Kings. My address is 744 Lefferts Avenue, Apartment 4R, Brooklyn, New York 11203. My assets consist of the ownership interest in several LLC entities, amounts that remain outstanding for prior sales of my interests in several entities and the personal property detailed within my chapter 11 petition.

      3.      This case was originally commenced under Chapter 11 of the United States Bankruptcy Code. There has been no pre-petition creditor's committee. Annexed hereto as Exhibit

"A" is a list of the 20 largest unsecured claims excluding insiders, including the name, address and the amount of the claim, and an indication of whether such claims are contingent, unliquidated, disputed or partially secured.

4. Indicated on the list of the 20 largest unsecured names are personal guarantees on the notes and mortgages for several different real properties located in New York State. The nature of those debts arose when the entities that I had an ownership interest in purchased real property and subsequently borrowed a mortgage secured against the real property. The mortgagee required the members of each entity to be a personal guarantor on the note and mortgage. Thus, I executed personal guarantees on the notes and mortgages. The entities would then use the loan proceeds to fund construction on the real property to increase its value with the goal of selling it for a profit.

5. For many years it has been my business to buy, renovate and sell real property for a profit in this same manner. Due to my experience, I have also earned income on projects as a general contractor and consultant for individuals and entities that develop and sell real property. Most recently, I gained employment working as a contractor and consultant. I receive my first paystub on April 15, 2021.

6. The Debtor's problems began to occur several years ago when I was approached by a group of investors desiring to invest in my business. As a result, I began taking on more projects than I have done in the past. Additionally, in or around 2015 the New York City Building Code implemented several changes, which increased the costs associated with developing real property. That coupled with a severe increase in the building materials led to unanticipated expenses involved with the many real property developments in process. Consequently, my cash reserve diminished. Between 2014 to 2018 I submitted over One Hundred Thirty (130) condo

developments plans to the City of New York. I successfully developed the condo developments, renegotiated debts and sold nearly all condo units.

7. Although I was involved in many projects, nothing could have prepared me for the events leading up to the National Covid-19 Emergency, which emerged in the state of New York, and forced the shut down of many projects already in the works. While mortgage and construction loan payments continued to accrue, the real properties were stalled in the construction, which prevented the sale of the real properties and potential profits that flowed. At present, I, along with M1 Development LLC, are involved in Four (4) condo developments. Three (3) of the condo developments are near completion, and once completed, will fund a plan of reorganization that should pay all creditors in full.

8. On February 10, 2020, Realya Crown Heights LLC ("Realya") commenced arbitration by filing a demand for arbitration and statement of claim against the entities M Rental Brooklyn, M1 Development and myself in my individual capacity. Realya alleges that M Rental Brooklyn LLC is in breach of a Loan Agreement executed between M Rental Brooklyn LLC and Realya, which required arbitration. However, I and M1 Development LLC were not a party to the loan agreement and only M1 Development LLC executed a separate guarantee on the loan. I refused to give a personal guarantee and it was all parties understanding of such.

9. Despite that fact, the arbitrator, among other errors, including giving an adjournment to my new counsel that was hospitalized with Covid 19, found me to be personally liable on the loan. A motion to confirm the arbitration award was pending at the time of the filing of the petition and all of my bank accounts were restrained by a temporary restraining order ("TRO") pending the hearing on the motion to confirm the award.

10. The Debtor intends to remove the arbitration action to Federal Court by and through the bankruptcy case, with the intention of litigating the issue of whether the Debtor is individually liable on the loan agreement executed between M Rental Brooklyn LLC and Realya. In addition, information has come to light that Realya, who had an equity interest in some of the construction projects, tortuously interfered in the contractual relationship with the construction lender which led to a breakdown in the forbearance negotiations and the ultimate assignment of the note and mortgage. The Debtor is currently evaluating what claims it may have against Reayla.

11. The Debtor, along with M1 are also jointly owed not less than Five Hundred Thousand dollars ($500,000.00) from the sale of multiple interests in LLC's. Those payments were secured by a confession of judgment. The affidavit of default of that confession of judgment was submitted several months ago to the Supreme Court of New York for entry and has not yet been entered due to the backlog caused by the Pandemic. The Debtor may remove that action as well to expedite that entry of judgment if it is not entered soon.

12. The Debtor's total liabilities at this point are approximately Six Million Two Hundred Seventy Seven Thousand Six Hundred Eighty Nine dollars and Zero cents ($6,277,689.00).

13. At the present time, there is no real property owned by Debtor in the possession of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent.

14. The Debtor's substantial assets and books and records are located at 744 Lefferts Avenue, Apartment 4R, Brooklyn, New York. The Debtor does not have any assets outside the territorial limits of the United States, but has owned property in Israel in the past.

15. It is estimated that the expenses for the 30-day period following the bankruptcy petition will be approximately Two Thousand One Hundred Five dollars ($2,105.00) and that income will be approximately Four Thousand Five Hundred Eighty One dollars and Thirty One cents ($4,581.31).

*/s/ Rafi Manor*
Rafi Manor

Sworn to before me this
19th day of April, 2021

*/s/ Nico G. Pizzo*
Nico G. Pizzo
Notary Public State of New York
Qualified in Suffolk County
No. 02PI6384544
Commission Exp. 12/17/2022

# EXHIBIT "A"

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Rafi Manor** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders  12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

148 West Lender LLC
C/O Maquire Capital Group
10 West 33rd St
Suite 516
New York, NY 10001

_____
Contact

_____
Contact phone

What is the nature of the claim?

Guarantor on real property
148 West Street
Brooklyn, New York

Unknown

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  Unknown
  Value of security:  - $0.00
  Unsecured claim  Unknown

**2**

54 Dupont Holdings LLC
C/O Mark J. Nussbaum, Esq
225 Broadway
39th Floor
New York, NY 10007

What is the nature of the claim?  $0.00

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

Debtor 1    **Rafi Manor**                                          Case number *(if known)*

_____                    ■ No
Contact                                     ☐ Yes. Total claim (secured and unsecured)
_____                            Value of security:                    - _____
Contact phone                                       Unsecured claim                         _____

---

**3**

**AmeriCredit/GM Financial**              What is the nature of the claim?       **Auto Lease**        **$0.00**
**Attn: Bankruptcy**
**Po Box 183853**                         As of the date you file, the claim is: Check all that apply
**Arlington, TX 76096**                   ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
                                          ■ None of the above apply

_____                  Does the creditor have a lien on your property?

                                          ■ No
_____                  ☐ Yes. Total claim (secured and unsecured)
Contact                                           Value of security:                      - _____
_____                          Unsecured claim                           _____
Contact phone

---

**4**

**Barclays Bank Delaware**                What is the nature of the claim?       **Credit Card**       **$19.00**
**Attn: Bankruptcy**
**Po Box 8801**                           As of the date you file, the claim is: Check all that apply
**Wilmington, DE 19899**                  ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
                                          ■ None of the above apply

_____                  Does the creditor have a lien on your property?

                                          ■ No
_____                  ☐ Yes. Total claim (secured and unsecured)
Contact                                           Value of security:                      - _____
_____                          Unsecured claim                           _____
Contact phone

---

**5**

**Chase Card Services**                   What is the nature of the claim?       **Credit Card**       **$2,424.00**
**Attn: Bankruptcy**
**Po Box 15298**                          As of the date you file, the claim is: Check all that apply
**Wilmington, DE 19850**                  ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed
                                          ■ None of the above apply

_____                  Does the creditor have a lien on your property?

                                          ■ No
_____                  ☐ Yes. Total claim (secured and unsecured)
Contact                                           Value of security:                      - _____
_____                          Unsecured claim                           _____
Contact phone

---

**6**

**Chase Card Services**                   What is the nature of the claim?       **Credit Card**       **$550.00**
**Attn: Bankruptcy**
**Po Box 15298**                          As of the date you file, the claim is: Check all that apply
**Wilmington, DE 19850**                  ☐ Contingent
                                          ☐ Unliquidated

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1     **Rafi Manor**                                              Case number *(if known)*

|   |   |
|---|---|
| ☐ | Disputed |
| ■ | None of the above apply |

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

---

**7**

**Cross County Savings B**
**79-21 Metropolitan Ave**
**Middle Village, NY 11379**

**What is the nature of the claim?**   Guarantor on Note for Real Estate Mortgage 1407 Vyse Street Bronx, New York     Unknown

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Contact
Contact phone

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)     **$326,273.00**
  - Value of security:  -  **Unknown**
  - Unsecured claim        **Unknown**

---

**8**

**Fifth Third Bank**
**Attn: Bankruptcy**
**Maildrop RCSB3E**
**1830 E Paris Ave SE**
**Grand Rapids, MI 49546**

**What is the nature of the claim?**   Guarantor on Note for Real Estate Mortgage 1450 Leland Avenue Bronx, New York 10460     Unknown

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)     **$836,391.00**
  - Value of security:  -  **Unknown**
  - Unsecured claim        **Unknown**

Contact
Contact phone

---

**9**

**Fifth Third Bank**
**Attn: Bankruptcy**
**Maildrop RCSB3E**
**1830 E Paris Ave SE**

**What is the nature of the claim?**   Guarantor on Note for Real Estate Mortgage 1354 Findlay Avenue Bronx, New York     Unknown

---

| Debtor 1 | Rafi Manor | | Case number (if known) | |

**Grand Rapids, MI 49546**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $765,581.00
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**10**

**Fifth Third Bank
Attn: Bankruptcy
Maildrop RCSB3E
1830 E Paris Ave SE
Grand Rapids, MI 49546**

What is the nature of the claim? **Guarantor on Note for Real Estate Mortgage 717 Prospect Avenue Bronx, New York** — Unknown

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $739,864.00
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**11**

**Fifth Third Bank
Attn: Bankruptcy
Maildrop RCSB3E
1830 E Paris Ave SE
Grand Rapids, MI 49546**

What is the nature of the claim? **Guarantor on Note for Real Estate Mortgage 413 East 173rd Street Bronx, New York** — Unknown

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) $725,532.00
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**12**

**Flushing Bank
14451 Northern Blvd**

What is the nature of the claim? **Credit Line Secured 85-35 212th Street Flushing, New York** — Unknown

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 **Rafi Manor** Case number *(if known)*

Flushing, NY 11354

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **$487,497.00**
  - Value of security: - **Unknown**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**13**

**Goldman Sachs Bank USA**
**1503 Ventura Boulevard**
**Suite 70**
**Sherman Oaks, CA 91403**

**What is the nature of the claim?**

**Guarantor on real property**
**17 Diamond Street**
**Brooklyn, New York**

**Unknown**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **Unknown**
  - Value of security: - **$0.00**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**14**

**Grande Prezzo LLC**
**55 Northern Boulevard**
**Suite 202**
**Great Neck, NY 11021**

**What is the nature of the claim?**

**Guarantor on real property**
**438 Herkimer Street**
**Brooklyn, New York**

**Unknown**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured) **Unknown**
  - Value of security: - **$0.00**
  - Unsecured claim **Unknown**

Contact

Contact phone

---

**15**

**Hampton Partners LLC**

**What is the nature of the claim?**

**Guarantor on real property**
**54 Dupoint Street**
**Brooklyn, New York**

**Unknown**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Rafi Manor** | | Case number *(if known)* | |
|---|---|---|---|---|

**60 Cutter Mill Road**
**Great Neck, NY 11021**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **Unknown**
  - Value of security:    - **$0.00**
  - Unsecured claim    **Unknown**

Contact

Contact phone

---

**16**

**Ontario Wealth Management**
**2950 Keele Street**
**Suite 201**
**Kew Gardens, NY 11415**

**What is the nature of the claim?**    **Guarantor on real property**    **Unknown**
**116 India Street**
**Brooklyn, New York**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **Unknown**
  - Value of security:    - **$0.00**
  - Unsecured claim    **Unknown**

Contact

Contact phone

---

**17**

**Ontario Wealth Management**
**2950 Keele Street**
**Suite 201**
**Kew Gardens, NY 11415**

**What is the nature of the claim?**    **Guarantor on real property**    **Unknown**
**79 Green Street**
**Brooklyn, New York**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **Unknown**
  - Value of security:    - **$0.00**
  - Unsecured claim    **Unknown**

Contact

Contact phone

---

**18**

**Realya Crown Heights, LLC**
**C/O Corporation Service**
**80 State Street**
**Albany, NY 12207**

**What is the nature of the claim?**    **Personal Guarantor**    **$1,100,000.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- Unliquidated

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Rafi Manor**                                          Case number *(if known)*

■  
■ Disputed  
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No  
☐ Yes. Total claim (secured and unsecured)  
    Value of security:    -  
    Unsecured claim

Contact  
Contact phone

---

**19**

**U.S. Bancorp**  
**Attn: Bankruptcy**  
**800 Nicollet Mall**  
**Minneapolis, MN 55402**

What is the nature of the claim?    **Credit Card**    **$22.00**

**As of the date you file, the claim is:** Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No  
☐ Yes. Total claim (secured and unsecured)  
    Value of security:    -  
    Unsecured claim

Contact  
Contact phone

---

**20**

**Verizon**  
**Verizon Wireless Bk Admin**  
**500 Technology Dr Ste 550**  
**Weldon Springs, MO 63304**

What is the nature of the claim?        **$409.00**

**As of the date you file, the claim is:** Check all that apply  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No  
☐ Yes. Total claim (secured and unsecured)  
    Value of security:    -  
    Unsecured claim

Contact  
Contact phone

---

**Part 2:**    **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X   **/s/ Rafi Manor**                                      X  _____
    **Rafi Manor**                                              Signature of Debtor 2
    Signature of Debtor 1

    Date    **April 14, 2021**                               Date

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy