Query   Reports   Utilities   Help   What's New   Log Out

CLOSED,ACO

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:21-cv-03932-BMC

Manor v. 44 Box Street Investors LLC et al
Assigned to: Judge Brian M. Cogan
Demand: $27,000
Cause: 28:1442 Notice of Removal

Date Filed: 07/13/2021
Date Terminated: 08/05/2021
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Federal Question

**Plaintiff**

**Mr. Rafi Manor**                     represented by   **Isaac Nutovic**
Nutovic & Associates
261 Madison Avenue,
26th Floor
New York, NY 10016
212-421-9100
Fax: 212-697-4432
Email: inutovic@nutovic.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**44 Box Street Investors LLC**

**Defendant**

**116 India Villa Investors LLC**

**Defendant**

**17 Diamond Street Investors LLC**

**Defendant**

**44 Box Villa LLC**

**Defendant**

**116 India Villa LLC**

**Defendant**

**17 Diamond Villa LLC**

**Defendant**

**79 Greene Villa LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2021 | 1 | NOTICE OF REMOVAL by Rafi Manor from N.Y. Supreme Court, case number 506870/2020. ( Filing fee $ 402 receipt number ANYEDC-14650378) (Attachments: # 1 Exhibit State Court Summons, # 2 Notice of Motion and Exhibits) (Nutovic, Isaac) (Entered: 07/13/2021) |
| 07/14/2021 |  | Notice: Re: Incomplete Civil Cover Sheet. The Clerk's Office cannot assign this case without a completed Civil Cover Sheet. All questions *** INCLUDING the CERTIFICATION OF ARBITRATION ELIGIBILITY*** section on the second page needs to be answered. Please submit Civil Cover Sheet. (Bowens, Priscilla) (Entered: 07/14/2021) |
| 07/14/2021 | 2 | Civil Cover Sheet.. by Rafi Manor (Nutovic, Isaac) (Entered: 07/14/2021) |
| 07/14/2021 |  | Case Assigned to Judge Brian M. Cogan. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 07/15/2021) |
| 07/15/2021 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/15/2021) |
| 07/15/2021 | 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 07/15/2021) |
| 07/15/2021 |  | This case has been opened in the Eastern District of New York. If you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney-admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (Bowens, Priscilla) (Entered: 07/15/2021) |
| 07/15/2021 |  | ORDER TO SHOW CAUSE. The parties are directed to show cause by 7/23/2021 pursuant to 28 U.S.C. § 157 and the Standing Order of Reference in this district why this case should not be referred to the Bankruptcy Court for this district. Ordered by Judge Brian M. Cogan on 7/15/2021. (Weisberg, Peggy) (Entered: 07/15/2021) |
| 08/04/2021 |  | ORDER. No party having responded to this Court's Order to Show Cause of 7/15/2021, and it appearing that this action is related to *In re Manor*, No. 21-cv-3932 (Bankr. E.D.N.Y.), within the meaning of 28 U.S.C. § 157 and the Standing Orders of Reference of this Court, it is hereby ORDERED that the case is referred to the Bankruptcy Court for such disposition as is authorized by law. Upon that referral, the Clerk of Court is directed |

|  |  | to administratively close this case in this Court subject to reopening should the decision of the Bankruptcy Court require review in this Court. Ordered by Judge Brian M. Cogan on 8/4/2021. (Weisberg, Peggy) (Entered: 08/04/2021) |
|---|---|---|
| 08/05/2021 |  | Incomplete ACO Case Termination/Statistical/Non Reportable Closing. (Guzzi, Roseann) (Entered: 08/05/2021) |